IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID ORTIZ, on behalf of himself and all others similarly situated,**<br><br>                    **Plaintiff,**<br><br>            v.<br><br>**THE BEVERAGE WORKS NY, INC., dba THE BEVERAGE WORKS,**<br><br>                    **Defendant.** | CASE NO.  24-cv-04424-ARR-JRC |

**NOTICE OF JOINT MOTION FOR AN ORDER (I) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES, (II) PRELIMINARILY APPROVING SETTLEMENT, (III) APPROVING CLASS NOTICE, (IV) SCHEDULING FAIRNESS HEARING, AND (V) RELATED RELIEF**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff David Ortiz ("Plaintiff"), on behalf of himself and a putative class of similarly situated former employees, and The Beverage Works NY, Inc. ("Defendant") will and hereby do move this Court, on March 7, 2025 at 10:30 a.m., in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 at Courtroom 11D South, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an Order:  (i) certifying a class for settlement purposes only, (ii) preliminarily approving settlement, (iii) approving the class notice, (iv) scheduling a fairness hearing to consider final approval of the Settlement, and (v) related relief.

In support of the motion, the Parties submit the accompanying Memorandum of Law and exhibits thereto, the Declaration of René S. Roupinian, [Proposed] Notice to Class and [Proposed] Order, and all prior pleadings and exhibits filed in this action.

Dated: February 28, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Erin L. Henderson* <br> David F. Jasinski, Esq. <br> **JASINSKI, P.C.** <br> 2 Hance Avenue, 3rd Floor <br> Tinton Falls, NJ 07724 <br> Telephone: (973) 824-9700 <br> Email: djasinski@jplawfirm.com <br><br> Erin L Henderson, Esq. <br> **JASINSKI, P.C.** <br> 2 Hance Avenue, 3rd Floor <br> Tinton Falls, NJ 07724 <br> Telephone: (973) 824-9700 <br> Email: ehenderson@jplawfirm.com <br><br> *Attorneys for Defendant* | */s/ Jack A. Raisner* <br> Jack A. Raisner, Esq. <br> René S. Roupinian, Esq. <br> Gail Lin, Esq. <br> **RAISNER ROUPINIAN LLP** <br> 270 Madison Avenue, Suite 1801 <br> New York, New York 10016 <br> Telephone: (212) 221-1747 <br> Fax:   (212) 221-1747 <br> Email: jar@raisnerroupinian.com <br> Email: rsr@raisnerroupinian.com <br> Email: gcl@raisnerroupinian.com <br><br> *Attorneys for Plaintiff and all others similarly situated* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Electronic Mail Notice List:**

David F. Jasinski, Esq.
**Jasinski, P.C.**
2 Hance Avenue, 3rd Floor
Tinton Falls, NJ 07724
Email: djasinski@jplawfirm.com

Erin L Henderson, Esq.
**Jasinski, P.C.**
2 Hance Avenue, 3rd Floor
Tinton Falls, NJ 07724
Email: ehenderson@jplawfirm.com

Executed on February 28, 2025.

/s/   *Jack A. Raisner*
Jack A. Raisner
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Fax:    (212) 221-1747
Email: jar@raisnerroupinian.com

*Attorneys for the Plaintiff and all others similarly situated*