IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID ORTIZ, on behalf of himself and all others similarly situated,**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**THE BEVERAGE WORKS NY, INC., dba THE BEVERAGE WORKS,**<br><br>       **Defendant.** | CASE NO. 24-cv-04424-ARR-JRC |

**NOTICE AND JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that ("Plaintiff"), on behalf of himself and the conditionally certified class of similarly situated former employees, and The Beverage Works NY, Inc. ("Defendant"), will and hereby do move this Court, on May 6, 2025 at 10:00 a.m., in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 at Courtroom 11D South, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of an Order granting final approval of the Settlement and the request for Attorneys' Fees and Expenses and Class Representative Service Award, and related relief. The terms of the settlement are set forth in the Settlement Agreement attached as Exhibit A to the Court's Order Granting Preliminary Approval (ECF 34-1), which was entered on March 7, 2025 (ECF 34).

Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated: May 1, 2025

Respectfully submitted,

| | |
|---|---|
| */s/  Erin L. Henderson*<br>David F. Jasinski, Esq.<br>**JASINSKI, P.C.**<br>2 Hance Avenue, 3rd Floor<br>Tinton Falls, NJ 07724<br>Telephone:  (973) 824-9700<br>Email: djasinski@jplawfirm.com<br><br>Erin L Henderson, Esq.<br>**JASINSKI, P.C.**<br>2 Hance Avenue, 3rd Floor<br>Tinton Falls, NJ 07724<br>Telephone:  (973) 824-9700<br>Email: ehenderson@jplawfirm.com<br><br>*Attorneys for Defendant* | /s/  *Jack A. Raisner*<br>Jack A. Raisner, Esq.<br>René S. Roupinian, Esq.<br>Gail Lin, Esq.<br>**RAISNER ROUPINIAN LLP**<br>270 Madison Avenue, Suite 1801<br>New York, New York 10016<br>Telephone: (212) 221-1747<br>Fax:     (212) 221-1747<br>Email: jar@raisnerroupinian.com<br>Email: rsr@raisnerroupinian.com<br>Email: gcl@raisnerroupinian.com<br><br>*Attorneys for Plaintiff and all others similarly situated* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Electronic Mail Notice List:**

David F. Jasinski, Esq.
**Jasinski, P.C.**
2 Hance Avenue, 3rd Floor
Tinton Falls, NJ 07724
Email: djasinski@jplawfirm.com

Erin L Henderson, Esq.
**Jasinski, P.C.**
2 Hance Avenue, 3rd Floor
Tinton Falls, NJ 07724
Email: ehenderson@jplawfirm.com

Executed on May 1, 2025.

/s/  *Jack A. Raisner*
Jack A. Raisner
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Fax:    (212) 221-1747
Email: jar@raisnerroupinian.com

*Attorneys for the Plaintiff and all others similarly situated*